**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SORIBA BANGOURA,<br>    Plaintiff,<br>  v.<br>ANDRE-BOUDIN BAKERIES, INC.,<br>    Defendant._____/ | No. C 12-2749 MMC<br><br>**ORDER REFERRING TO MAGISTRATE JUDGE PLAINTIFF'S OBJECTION** |
| SORIBA BANGOURA,<br>    Plaintiff,<br>  v.<br>ANDRE-BOUDIN BAKERIES, INC.,<br>    Defendant._____/ | No. C 12-3229 MMC |

    Before the Court is plaintiff Soriba Bangoura's "Objection to Nullify or Cancel Defendant Andre-Boudin Bakeries Inc's Two Subpoenas," filed September 19, 2012, which the Court construes as a motion to quash. Pursuant to Civil Local Rule 72-1, plaintiff's motion to quash, and all further discovery matters, are hereby REFERRED to a Magistrate Judge, to be heard and considered at the convenience of the assigned Magistrate Judge's calendar.

1    The parties will be advised of the date, time and place of the next appearance by
2 notice from the assigned Magistrate Judge's chambers.
3    **IT IS SO ORDERED.**
4
5 Dated: September 21, 2012
    _____
6    MAXINE M. CHESNEY
    United States District Judge