United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SORIBA BANGOURA, | No. C 12-2749 MMC |
|     Plaintiff, | **ORDER REFERRING TO MAGISTRATE JUDGE PLAINTIFF'S OBJECTION** |
|   v. | |
| ANDRE-BOUDIN BAKERIES, INC., | |
|     Defendant. / | |
| SORIBA BANGOURA, | No. C 12-3229 MMC |
|     Plaintiff, | |
|   v. | |
| ANDRE-BOUDIN BAKERIES, INC., | |
|     Defendant. / | |

    Before the Court is plaintiff Soriba Bangoura's "Objection to Nullify or Cancel Defendant Andre-Boudin Bakeries Inc's Two Subpoenas," filed September 19, 2012, which the Court construes as a motion to quash. Pursuant to Civil Local Rule 72-1, plaintiff's motion to quash, and all further discovery matters, are hereby REFERRED to a Magistrate Judge, to be heard and considered at the convenience of the assigned Magistrate Judge's calendar.

1 | The parties will be advised of the date, time and place of the next appearance by
2 | notice from the assigned Magistrate Judge's chambers.
3 | **IT IS SO ORDERED.**
4 |
5 | Dated: September 21, 2012
6 | MAXINE M. CHESNEY
  | United States District Judge