IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SORIBA BANGOURA, | No. C-12-3229 MMC |
| Plaintiff, | **ORDER REMANDING DEFENDANT'S CROSS-COMPLAINT** |
| v. | |
| ANDRE-BOUDIN BAKERIES, INC., | |
| Defendant. | |

By separate order filed concurrently herewith, the Court has granted defendant Andre-Boudin Bakeries, Inc.'s ("Boudin") motion for summary judgment as to each of plaintiff Soriba Bangoura's ("Bangoura") federal claims. The remaining claim in the above-titled action is Boudin's "Cross-Complaint Against Plaintiff Soriba Bangoura for Violation of Penal Code Section 632." The Court's jurisdiction over Boudin's claim against Bangoura is supplemental in nature. See 28 U.S.C. § 1367(a).

A district court may decline to exercise supplemental jurisdiction where "the district court has dismissed all claims over which it has original jurisdiction." See 28 U.S.C. § 1367(c)(3). Where a district court has granted summary judgment on all federal claims, the district court, pursuant to § 1367(c)(3), may properly decline to exercise supplemental jurisdiction over the remaining state law claims. See Bryant v. Adventist Health System/West, 289 F.3d 1162, 1169 (9th Cir. 2002).

1  Here, having considered the matter, and in light of the resolution of Bangoura's federal claims, the Court finds it appropriate to decline to exercise jurisdiction over Boudin's state law claim, pursuant to § 1367(c)(3).

Accordingly, the Cross-Complaint is hereby REMANDED to the Superior Court of California, in and for the County of San Francisco.

**IT IS SO ORDERED.**

Dated: April 26, 2013

MAXINE M. CHESNEY
United States District Judge